UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
===============================

EARL KISTNER,

          Plaintiff,

                                                   21-cv-526(LJV)(JJM)

    v.

THE CITY OF BUFFALO, BYRON LOCKWOOD,
LAUREN MCDERMOTT, JENNY VELEZ,
KARL SCHULTZ and KYLE MORIARITY,

          Defendants.
===============================

## STIPULATION OF VOLUNTARY DISMISSAL

        It is hereby stipulated and agreed, by and between the undersigned,

the attorneys of record for the parties to this action, that this action is voluntarily

dismissed on the merits and with prejudice, without costs to either side, pursuant to

Fed.R.Civ.P. 41(a)(1)(A)(ii).

Dated:     Buffalo, New York
            September 3, 2025


| | |
|---|---|
| s/R. Anthony Rupp III, Esq. | s/David M. Lee |
| Rupp Pfalzgraf LLC | Asst. Corp. Counsel, of Counsel to |
| Attorneys for Plaintiff | Cavette A. Chambers |
| 1600 Liberty Building | Corporation Counsel |
| 424 Main Street | City of Buffalo Law Department |
| Buffalo, New York 14202 | Attorneys for Defendants |
| (716) 854-3400 | 65 Niagara Square, 1114 City Hall |
| | Buffalo, New York 14202 |
| | (716) 851-9691 |